AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

ROBERT ALAN KEMP,

               Plaintiff,

    V.

CITY OF ELY; WHITE PINE COUNT;
WHITE PINE HISTORICAL RAILROAD
FOUNDATION; EASTERN NEVADA
ECONOMIC DEVELOPMENT AUTHORITY,
INC.; CITY OF LOS ANGELES; LOS
ANGELES DEPARTMENT OF WATER AND
POWER; WHITE PINE ENERGY
ASSOCIATES, LLC; SIERRA PACIFIC
RESOURCES; SIERRA PACIFIC POWER
COMPANY; V&S RAILWAY; RICHARD
SEARS and JANE DOE SEARS, Husband
and Wife; GARY D. FAIRMAN and JANE
DOE FAIRMAN, Husband and Wife; AND
DOES 1 through 50, and ROE Corporations
1 through 30.

               Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-cv-00567-BES-VPC**

____  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that on January 23, 2009 the Court entered an order (#57) **GRANTING** Defendants City of Ely, White Pine County, White Pine Historical Railroad Foundation, Richard Sears and Gary Fairman's Motion to Dismiss for Lack of Jurisdiction (#12).  It **FURTHER GRANTED** Defendant White Pine Energy Associates, LLC's Motion to Dismiss for Lack of Jurisdiction

(#13) and denied Plaintiff Robert Alan Kemp's Motion to Amend Plaintiff's First Amended Complaint and Leave to File Plaintiff's Second Amended Complaint (#27).

Plaintiff's claims were **DISMISSED** in this action, prior to the Plaintiff filing his Motions (## 53, 54, 55, and 56) which are **DENIED** as moot.

  April 9, 2009  

                                             **LANCE S. WILSON**
                                                       Clerk


                                               /s/ D. R. Morgan  
                                                   Deputy Clerk